In the Matter of the Estate of EDWARD A. SHEARD, Deceased. GRACE SHEARD, Appellant; ALMA THOMAS, Respondent.— Decree affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ.; Shientag, J., dissents and votes to reverse and direct the issuance of temporary letters of administration to the objectant-appellant.

MICHAEL KRAJNAK, SR., as Guardian ad Litem for MICHAEL KRAJNAK, JR., et al., Appellants, v. JOHN EICHLER DISTRIBUTING CORP., Respondent.— Order affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ.; Van Voorhis and Shientag, JJ., dissent and vote to reverse and reinstate the verdict of the jury.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES LEWIS, Appellant.— Judgment affirmed. No opinion. Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ.; Shientag, J., dissents and votes to reverse and dismiss the information.

RACHEL BURSTEIN, Respondent, v. SERGE G. JACOBSON, Appellant.— Order reversed, with $20 costs and disbursements to the appellant, and the motion granted, and judgment is directed to be entered dismissing the complaint herein, with costs. There are no allegations in this complaint to show any interest of the State of New York in the subject matter of this litigation, or why it should entertain an action to declare the marital rights of the parties. Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ.; Callahan, J., concurs in part in the following memorandum: While the present complaint may be insufficient for failure to show matrimonial domicile in this State, I think that, if facts to establish such domicile were established (and plaintiff's brief indicates it may be so established), this court should entertain a suit of the present nature. I, therefore, vote to reverse with leave, however, to plaintiff to serve an amended complaint.

FRANCISCO U. CHINCHILLA, Respondent, v. FOREIGN TANKSHIP CORPORATION, Appellant.— Determination unanimously affirmed, with costs to the respondent. No opinion. Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ. [197 Misc. 1058.]

CENTRAL PARK STUDIOS et al., Appellants, v. RICHARD EYRE, Respondent.— Judgment and orders unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ.

JOSEPH DOGNIN, Respondent, v. I. ZENDMAN, INC., et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ. [See post, p. 654.]